IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **19-cr-264-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY SPIKES,
2. SYLVIA MONTOYA,

    Defendants.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about March 6, 2019, in the State and District of Colorado, the defendant, TIMOTHY SPIKES, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the offenses charged in Counts 2 and 3.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT 2

On or about March 6, 2019, in the State and District of Colorado, the defendant, TIMOTHY SPIKES, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about March 6, 2019, in the State and District of Colorado, the defendant, TIMOTHY SPIKES, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about March 6, 2019, in the State and District of Colorado, the defendant, TIMOTHY SPIKES, possessed a firearm and ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, the above firearm and ammunition being in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 5

On or about March 28, 2019, in the State and District of Colorado, the defendants, TIMOTHY SPIKES and SYLVIA MONTOYA, did knowingly and intentionally possess with intent to distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base (crack cocaine), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(B)(iii) and

18 U.S.C. § 2.

## COUNT 6

On or about March 28, 2019, in the State and District of Colorado, the defendants, TIMOTHY SPIKES and SYLVIA MONTOYA, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing methamphetamine (actual), a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(B)(viii) and 18 U.S.C. § 2.

## COUNT 7

On or about March 28, 2019, in the State and District of Colorado, the defendants, TIMOTHY SPIKES and SYLVIA MONTOYA, did unlawfully and knowingly use and maintain a place located at 3966 S. Wadsworth, Apartment #201, Lakewood, Colorado, for the purpose of distributing cocaine base and methamphetamine, controlled substances, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, § 856(a)(1) and 18 U.S.C. § 2.

## COUNT 8

On or about March 28, 2019, in the State and District of Colorado, the defendant, TIMOTHY SPIKES, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

**Forfeiture Allegation**

1. The allegations contained in Counts 1-8 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts 2, 3, and 5-8 of this Indictment involving violations of Title 21, United States Code, Section 841(a) and 856, the defendants TIMOTHY SPIKES and SYLVIA MONTOYA, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to: a money judgment in the amount of proceeds obtained by the defendant.

3. Upon conviction of the violations alleged in Counts 1 and 4 of this Indictment involving violations of 18 U.S.C. §§ 922(g)(1) and 924(c), defendant, TIMOTHY SPIKES, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: 1) A Springfield Armory XD pistol, 45 caliber, bearing serial number US684774; and 2) the recovered ammunition.

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendants:

a) cannot be located upon the exercise of due diligence;
b) has been transferred or sold to, or deposited with, a third party;
c) has been placed beyond the jurisdiction of the Court;
d) has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:


<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney


s/*Celeste Rangel*
CELESTE RANGEL
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone:   (303) 454-0100
Fax:   (303) 454-0406
E-mail:   celeste.rangel@usdoj.gov