# EXHIBIT 1

| Title of Investigation: SPIKES, Timothy (Gangster Disciple)/MONTOYA, Sylvia | Investigation Number: 788055-19-0058 | Report Number: 15 |
|---|---|---|

## SUMMARY OF EVENT:

On Thursday, January 14, 2021, ATF Special Agent Jason Cole met with Dawn Ceja, Assistant Facility Administrator at GEO Secure Services relating to the alleged release or access of recorded phone calls made by Timothy SPIKES.

## NARRATIVE:

1. On Thursday, January 14, 2021, ATF Special Agent (SA) Jason Cole met with Dawn Ceja, Assistant Facility Administrator at GEO Secure Services Processing Center located at 3130 N Oakland St., Aurora, CO 80010. SA Cole met with Ceja to discuss the alleged release or access of recorded phone calls made by GEO inmate Timothy SPIKES (DOB: ▮▮▮▮▮▮).

2. Ceja mentioned that she had previously spoken to JD Rowell at the United States Attorney's Office (USAO) relating to this matter.

3. Ceja explained that she had been made aware of the allegation that recorded calls had been released to law enforcement that included calls made between SPIKES and SPIKES' defense attorney. SA Cole had previously spoken to ATF SA Matthew Pound relating to recorded calls obtained by ATF that included three (3) calls between SPIKES and his attorney. It is understood that the allegation includes additional calls not included in the calls provided to ATF.

4. Ceja informed SA Cole that an internal investigation had been initiated at the GEO facility relating to the access and/or release of calls associated with SPIKES. As such, Ceja was unable to provide complete information so far uncovered by the GEO investigation.

5. Ceja explained that GEO uses Talton Recording System to monitor and record calls within the facility. This system allows administrators to access calls associated with individual inmates, but also to see how and when these recordings are accessed and by whom. Ceja was able to confirm that recorded calls had not been downloaded from the system (as would be the case if the calls were to be provided to a requesting law enforcement officer, for example). Ceja indicated that the internal investigation had uncovered that SPIKES' calls had been accessed and that the access appeared to be unauthorized.

6. Ceja explained that the Talton Recording System did not record calls between inmates and attorneys, when the

| Prepared by: Jason T. Cole | Title: Special Agent, Denver IV (Intelligence) Field Office | Signature: Digitally signed by JASON COLE Date: 2021.01.19 14:81:02 -07'00' | Date: |
|---|---|---|---|
| Authorized by: Jeffrey C. Russell | Title: Group Supervisor, Denver IV (Intelligence) Field Office | Signature: Digitally signed JEFFREY RUSSELL ... | Date: |
| Second level reviewer (optional): David S. Booth | Title: Special Agent in Charge, Denver Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

INV_00002381

attorney's phone number was registered with the system. Ceja informed SA Cole that SPIKES' attorney had not been registered as an attorney number in the system from the time of SPIKES' arrest in approximately May 2019 until March 2020. Ceja explained that in order for a number to be registered, the inmate was required to register the number through the facility. This action is accomplished by providing the phone number to the inmate's Case Manager or to the business office at GEO. Once the phone number is provided, the phone number is verified by the facility and then the number is entered into the Talton System and is blocked from being recorded. In the case of SPIKES, his attorney's number was not verified until March 2020, therefore calls between SPIKES and his attorney were recorded by the system prior to that time.

7. Ceja informed SA Cole that she was still in the process of the internal investigation, but had sent inquiries through her chain of command to determine how information could be released to outside law enforcement agencies relating to the results of the investigation.

8. SA Cole provided his business card and agreed to be the go-between as not being directly involved in neither the ATF investigation nor the GEO investigation. Ceja agreed to contact SA Cole with information as to what would be required for the release of the information (subpoena or other means).

9. The interview was concluded.

ATF EF 3120.2 (10-2004)
For Official Use Only

INV_00002382

| Title of Investigation: SPIKES, Timothy (Gangster Disciple)/MONTOYA, Sylvia | Investigation Number: 788055-19-0058 | Report Number: 16 |
|---|---|---|

## SUMMARY OF EVENT:

On Monday, January 25, 2021, ATF Special Agent Jason Cole received documentation from Dawn Ceja, Assistant Facility Administrator at GEO Secure Services relating to the access of recorded phone calls between Timothy SPIKES and the telephone number 303-522-7573.

## NARRATIVE:

1. On Monday, January 25, 2021, ATF Special Agent (SA) Jason Cole received documentation from Dawn Ceja, Assistant Facility Administrator at GEO Secure Services relating to the access of recorded phone calls between Timothy SPIKES (DOB: ▮▮▮▮▮▮▮) and the telephone number 303-522-7573. This number is known to be the number registered to SPIKES' defense attorney, who is representing SPIKES in his current Federal case.

2. On Thursday, January 21, 2021, SA Cole had been contacted by the United States Attorney's Office (USAO) requesting that SA Cole again contact Dawn Ceja at GEO. The USAO specifically requested an approximate timeline for the potential release of phone call information and the results of the internal investigation relating to the access and possible release of SPIKES' calls. The USAO wanted to ensure that any information relating to SPIKES' calls would be preserved by GEO or any other facility or entity directly relating to, or ancillary to, this investigation.

3. SA Cole contacted Ceja, and requested this information. The request from the USAO was included in the contact.

4. On Friday, January 22, 2012, SA Cole spoke with Ceja on the phone. Ceja informed SA Cole that the the internal investigation regarding the access of SPIKES' recorded calls was ongoing, but that documentation of the investigation had been forwarded to the legal counsel for GEO. Ceja went on to explain that the likely next steps would be a reply from legal counsel and that additional documentation would be needed before the investigation could be concluded and any results be released to outside agencies.

5. Ceja then explained that she had received permission to release documentation as to the access of calls between SPIKES and his attorney. Ceja informed SA Cole that a report was being prepared and would be provided to SA Cole. Ceja stated that the report would show all calls between SPIKES and his attorney and would show who had accessed the calls and when the calls had been accessed.

| Prepared by: Jason T. Cole | Title: Special Agent, Denver IV (Intelligence) Field Office | Signature: Digitally signed by JASON COLE Date: 2021.01.27 14:28:37 -07'00' | Date: |
|---|---|---|---|
| Authorized by: Jeffrey C. Russell | Title: Group Supervisor, Denver IV (Intelligence) Field Office | Signature: Digitally signed by JEFFREY RUSSELL DN: c=US, o=U.S. Government, ou=Dept of Justice, ou=ATF, cn=JEFFREY RUSSELL, 0.9.2342.19200300.100.1.1=TEO0510269713N Date: 2021.01.27 15:54:33 -07'00' | Date: |
| Second level reviewer (optional): David S. Booth | Title: Special Agent in Charge, Denver Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

INV_00002383

6. SA Cole inquired as to whether ATF would be able to get similar documentation relating to all recorded calls associated with SPIKES during his time at GEO. Ceja agreed but stated that it could take time to get the information together.

7. On Monday, January 25, 2021, SA Cole received an email from Ceja with an attachment documenting the calls between SPIKES and telephone number 303-522-7573. The document (See Attached Report to this ROI) appears to show nine (9) recorded calls between SPIKES and his attorney in the system. These calls were placed between 06/17/2019 and 10/07/2019. Additionally, the report shows that the phone number was updated as an attorney in the system on 03/19/2020 and again on 10/29/2020. There is no additional documentation as to the updates.

8. The document showed the following call activity to phone number 303-522-7573:

   a. 06/17/2019 at 18:44
   b. 06/18/2019 at 17:27
   c. 06/20/2019 at 12:40
   d. 06/24/2019 at 19:57
   e. 07/05/2019 at 15:02
   f. 07/16/2019 at 12:04
   g. 10/07/2019 at 10:33
   h. 10/29/2019 at 16:20
   i. 12/02/2019 at 08:44

9. As stated previously (refer to ATF Report of Investigation #15 for additional information) ATF had previously been provided with recorded calls associated with SPIKES by personnel from GEO. SA Cole was able to determine that these calls were provided to ATF SA Matt Pound on June 24, 2019 via email.

10. On Tuesday, January 26, 2021, SA Cole spoke with SA Pound relating to these calls and the date(s) they were received. SA Pound confirmed that he received these calls via email on June 24, 2019 from Dave Jones, an employee at GEO. SA Pound confirmed having received three (3) calls between SPIKES and telephone number 303-522-7573. These calls were dated 06/17/2019, 06/18/2019 and 06/20/2019.

11. While reviewing the call log document provided by Ceja, SA Cole noted that there were additional recorded calls between SPIKES and his attorney's number that showed that they had been "Burn/Downloaded". SA Pound was able to review his email correspondence and confirmed that these recordings were not part of the original email that he had received.

12. SA Cole noted that there were calls recorded between SPIKES and his attorney on 06/24/2019, 07/05/2019 and 07/16/2019. SA Pound was able to locate an additional email exchange between himself and Dave Jones. In the email exchange, Jones told SA Pound that it appeared SPIKES had been speaking with his co-defendant, Sylvia MONTOYA (DOB: ⬛⬛⬛⬛). SA Pound requested any calls between SPIKES and MONTOYA (refer to emails attached to this report).

13. On Thursday, July 18, 2019, Jones sent an email to SA Pound stating that a disc of recordings had been prepared and inquired whether SA Pound would pick up the disc at GEO or if the disc should be given to the United States Marshal's Service (USMS). SA Pound requested that the disc be given to USMS and that SA Pound would retrieve the disc from them.

14. SA Pound confirmed that he had received the disc and provided the disc to SA Cole. This disc is labeled "Spikes 5/30-7/16/19 Phone calls".

15. SA Cole inquired as to whether SA Pound had reviewed the disc. SA Pound explained that he had requested calls between SPIKES and MONTOYA due to the belief that MONTOYA had been violating her conditions of release and had been in contact with SPIKES. SA Pound stated that he was aware of MONTOYA's number and specifically requested calls between SPIKES and MONTOYA to attempt to assist in any pre-trial release revocation process.

16. SA Pound stated that he reviewed the calls provided via email and on the disc specifically relating to calls to MONTOYA. SA Pound stated that while reviewing calls between SPIKES and MONTOYA's number, SPIKES was speaking to an unidentified male that SA Pound believed to be MONTOYA's teenage son(s). SA Pound did not review any other calls provided, as they did not appear to be between SPIKES and MONTOYA.

17. While reviewing the call log document provided by Ceja, SA Cole noted that there were additional calls and information included in the report.

18. Specifically, SA Cole noted that on 11/01/2019, a user identified as "Sandra Minker" had listened to a call between SPIKES and his attorney that took place on 10/29/2019. The same call was again accessed and listened to by "Sandra Minker" on 11/04/2019. Additionally, on 01/03/2020, "Sandra Minker" accessed and listened to a call between SPIKES and his attorney that occurred on 10/07/2019.

19. SA Cole also noted that a call between SPIKES and his attorney took place on 12/02/2019. This call was accessed and listened to by a user identified as "Brigitte Dolan" twice on 12/16/2019, first at 13:56 and again at 14:10.

20. Lastly, SA Cole noted that one of the calls what had been provided to SA Pound on the downloaded disc had been accessed and listened to according to the report. A phone call between SPIKES and his attorney dated 07/05/2019 was listened to by a user identified as "Rene Shook" on 10/30/2020.

21. SA Cole contacted SA Pound and inquired as to whether Sandra Minker, Brigitte Dolan or Rene Shook were known to SA Pound or whether they were part of the prosecution relating to SPIKES. SA Pound stated that he was not aware of the names and that these individuals were not part of the prosecution team.

22. SA Cole contacted the USAO and inquired as to whether Sandra Minker, Brigitte Dolan or Rene Shook were known to be witnesses in the case. AUSA Celeste Rangel stated that she was not aware of these names.

23. SA Cole queried whether the above listed individuals were officers or employees of the Aurora Police Department with negative results.

24. SA Cole queried whether the above listed individuals were officers or employees of the Denver Police Department with negative results.

25. SA Cole obtained email correspondence between Jones and SA Pound. The correspondence discusses SA Pound's concerns that MONTOYA had been in contact with SPIKES. Additionally, the correspondence shows that MONTOYA's number was known to law enforcement and that suspected contact had occurred. Lastly the correspondence shows that SPIKES had registered an attorney's number through the jail system and then

INV_00002385

subsequently used a separate number to contact an attorney which was not registered through the jail or the jail phone recording system until March 2020.

26. This matter continues to be investigated.

**ATTACHMENTS:**

- Talton Communications Call access log between Timothy SPIKES and 303-522-7573
- One (1) DVD containing recorded jail calls for Timothy SPIKES dated 05/30 − 07/16/2019
- Email correspondence between ATF SA Matt Pound and Dave Jones, GEO Case Manager

ATF EF 3120.2 (10-2004)
For Official Use Only

INV_00002386

Hello,

Inmate Spikes has made zero calls since he has been booked in (5/30/19). He requested to call
The Law Office of Benjamin Hartford 303-991-5757 be added to the attorney phone list in Talton. He hasn't received any mail yet, and was complaining about his car being impounded by the Feds.

If you need anything else we have the capability to record all calls except legal, and screen all his mail and list his visitors.

Thanks

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

| From: | Dave Jones |
|---|---|
| To: | Pound, Matthew F |
| Subject: | Re: Timothy Spikes 45330-013 |
| Date: | Monday, June 24, 2019 2:05:11 PM |
| Attachments: | calls_06-24-19_130354.zip |

Hey Matt,

these are all the calls so far that he has made.

303-███-5757 called left message
303-522-7573 called 3 times
303-███-7321 (Sylvia Montoya) called 2 times
303-███-4800 called left message
720-███-7208 called 3 times

No visits and no mail.

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Monday, June 24, 2019 12:53 PM
**To:** Dave Jones
**Subject:** [EXTERNAL] RE: Timothy Spikes 45330-013

Hi Dave,

Can you give me an update on SPIKES phone use please?

Matt Pound
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
Denver Field Division
Denver Group IV
950 17<sup>Th</sup> St. Suite 1800
Denver, Colorado 80202

Desk: ████████████
Cell: (
Fax: (303) 575-7691

**CONFIDENTIALITY NOTICE:** This e-mail transmission along with any documents, files, or previous e-mail messages attached to it is intended solely for the individual(s) to whom it is addressed and may contain information that is confidential, legally privileged, and/or exempt from disclosure under applicable laws. If you are not the intended recipient, you are hereby notified that any unauthorized review, forwarding, printing, copying, distribution, or use of this transmission or information it contains is strictly prohibited. A misdirected transmission does not constitute waiver of any applicable privilege. If you received this transmission in error, please immediately notify the sender and delete the original transmission and its attachments. Thank you.

**From:** Dave Jones <dajones@geogroup.com>
**Sent:** Tuesday, June 04, 2019 12:18 PM
**To:** Pound, Matthew F <Matthew.Pound@atf.gov>
**Cc:** Brackett, Jason (USMS) <JBrackett@usms.doj.gov>
**Subject:** Timothy Spikes 45330-013

Hello,

Inmate Spikes has made zero calls since he has been booked in (5/30/19). He requested to call
The Law Office of Benjamin Hartford 303-991-5757 be added to the attorney phone list in Talton. He hasn't received any mail yet, and was complaining about his car being impounded by the Feds.

If you need anything else we have the capability to record all calls except legal, and screen all his mail and list his visitors.

Thanks

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

 ████████ direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

Hey Matt,

He hasn't had any visitors, plus USM visitation days are Monday, Wednesday,
Friday, Sunday.   ICE has vitiation on Thursdays.

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law
enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18
U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Sunday, June 30, 2019 9:07 PM
**To:** Dave Jones
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Hi Dave,

Can you tell me if Spikes has had any visitors in the past week? I'm being told someone is fairly
certain they saw Spikes co-defendant at GEO visiting there last Thursday. Co-Defendant being
Sylvia Montoya.

Thank you again!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives

> On Jun 24, 2019, at 4:05 PM, Dave Jones <dajones@geogroup.com> wrote:
>

> Hey Matt,
>
> these are all the calls so far that he has made.
>
> 303-███-5757 called left message
> 303-522-7573 called 3 times
> 303-███-7321 (Sylvia Montoya) called 2 times
> 303-███-4800 called left message
> 720-███-7208 called 3 times
>
> No visits  and no mail.
>
>
>
>
>
>
>
> D. Jones
> Case Manager
>
>
> GEO Aurora Detention Center
> 3130 N Oakland st
> Aurora, CO. 80010
>
>
>
> •  ███████████  direct
>
>
>
>
> Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.
>
>
> <mailto:dajones@geogroup.com>
>
>
> _____
> From: Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
> Sent: Monday, June 24, 2019 12:53 PM
> To: Dave Jones
> Subject: [EXTERNAL] RE: Timothy Spikes 45330-013
>
>
> Hi Dave,
>
>
>

> Can you give me an update on SPIKES phone use please?
>
>
>
> Matt Pound
>
> Special Agent
>
> Bureau of Alcohol, Tobacco, Firearms and Explosives
>
> Denver Field Division
>
> Denver Group IV
>
> 950 17Th St. Suite 1800
>
> Denver, Colorado 80202
>
>
>
> Desk: ███████
>
> Cell: ( ███████
>
> Fax: (303) 575-7691
>
>
>
>
>
>
> CONFIDENTIALITY NOTICE: This e-mail transmission along with any documents, files, or previous e-mail messages attached to it is intended solely for the individual(s) to whom it is addressed and may contain information that is confidential, legally privileged, and/or exempt from disclosure under applicable laws. If you are not the intended recipient, you are hereby notified that any unauthorized review, forwarding, printing, copying, distribution, or use of this transmission or information it contains is strictly prohibited. A misdirected transmission does not constitute waiver of any applicable privilege. If you received this transmission in error, please immediately notify the sender and delete the original transmission and its attachments. Thank you.
>
>
>
>
>
> From: Dave Jones <dajones@geogroup.com>
> Sent: Tuesday, June 04, 2019 12:18 PM
> To: Pound, Matthew F <Matthew.Pound@atf.gov>
> Cc: Brackett, Jason (USMS) <JBrackett@usms.doj.gov>
> Subject: Timothy Spikes 45330-013
>
>
>
> Hello,
>

&gt;

&gt;

&gt; Inmate Spikes has made zero calls since he has been booked in (5/30/19). He requested to call

&gt;

&gt; The Law Office of Benjamin Hartford 303-991-5757 be added to the attorney phone list in Talton. He hasn't received any mail yet, and was complaining about his car being impounded by the Feds.

&gt;

&gt;

&gt;

&gt; If you need anything else we have the capability to record all calls except legal, and screen all his mail and list his visitors.

&gt;

&gt;

&gt;

&gt; Thanks

&gt;

&gt;

&gt;

&gt; D. Jones

&gt; Case Manager

&gt;

&gt; GEO Aurora Detention Center

&gt; 3130 N Oakland st

&gt; Aurora, CO. 80010

&gt;

&gt;

&gt; •            direct

&gt;

&gt;

&gt;

&gt;

&gt;

&gt;

&gt;

&gt; Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

&gt;

&gt;

&gt;

&gt;

&gt; &lt;calls_06-24-19_130354.zip&gt;

INV_00002394

| | |
|---|---|
| **From:** | Dave Jones |
| **To:** | Pound, Matthew F |
| **Subject:** | Re: Timothy Spikes 45330-013 |
| **Date:** | Wednesday, July 3, 2019 1:06:48 PM |
| **Attachments:** | SKM_80819070312091.pdf |
| | SKM_80819070312090.pdf |
| | SKM_80819070312081.pdf |
| | SKM_80819070312080.pdf |

Mail scan   7-3-19

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

---

**From:** Dave Jones
**Sent:** Monday, July 1, 2019 7:09 AM
**To:** Pound, Matthew F
**Subject:** Re: Timothy Spikes 45330-013

Hey Matt,

He hasn't had any visitors, plus USM visitation days are Monday, Wednesday, Friday, Sunday.   ICE has vitiation on Thursdays.

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18

U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Sunday, June 30, 2019 9:07 PM
**To:** Dave Jones
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Hi Dave,

Can you tell me if Spikes has had any visitors in the past week? I'm being told someone is fairly certain they saw Spikes co-defendant at GEO visiting there last Thursday. Co-Defendant being Sylvia Montoya.

Thank you again!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives
██████████

> On Jun 24, 2019, at 4:05 PM, Dave Jones <dajones@geogroup.com> wrote:
>
> Hey Matt,
>
> these are all the calls so far that he has made.
>
> 303-██-5757 called left message
> 303-522-7573 called 3 times
> 303-██-7321 (Sylvia Montoya) called 2 times
> 303-██ 4800 called left message
> 720-██ 7208 called 3 times
>
> No visits and no mail.
>
>
>
>
>
>
>
> D. Jones
> Case Manager
>
>
> GEO Aurora Detention Center
> 3130 N Oakland st

> Aurora, CO. 80010
>
>
>
> • ▮▮▮▮▮▮▮ direct
>
>
>
>
> Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.
>
>
> <mailto:dajones@geogroup.com>
>
>
> _____
> From: Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
> Sent: Monday, June 24, 2019 12:53 PM
> To: Dave Jones
> Subject: [EXTERNAL] RE: Timothy Spikes 45330-013
>
>
> Hi Dave,
>
>
>
> Can you give me an update on SPIKES phone use please?
>
>
>
> Matt Pound
>
> Special Agent
>
> Bureau of Alcohol, Tobacco, Firearms and Explosives
>
> Denver Field Division
>
> Denver Group IV
>
> 950 17Th St. Suite 1800
>
> Denver, Colorado 80202
>
>
>
> Desk: ▮▮▮▮▮▮▮
>
> Cell: ▮▮▮▮▮▮▮
>

INV_00002397

> Fax: (303) 575-7691
>
>
>
>
>
> CONFIDENTIALITY NOTICE: This e-mail transmission along with any documents, files, or previous e-mail messages attached to it is intended solely for the individual(s) to whom it is addressed and may contain information that is confidential, legally privileged, and/or exempt from disclosure under applicable laws. If you are not the intended recipient, you are hereby notified that any unauthorized review, forwarding, printing, copying, distribution, or use of this transmission or information it contains is strictly prohibited. A misdirected transmission does not constitute waiver of any applicable privilege. If you received this transmission in error, please immediately notify the sender and delete the original transmission and its attachments. Thank you.
>
>
>
>
>
> From: Dave Jones <dajones@geogroup.com>
> Sent: Tuesday, June 04, 2019 12:18 PM
> To: Pound, Matthew F <Matthew.Pound@atf.gov>
> Cc: Brackett, Jason (USMS) <JBrackett@usms.doj.gov>
> Subject: Timothy Spikes 45330-013
>
>
>
> Hello,
>
>
>
> Inmate Spikes has made zero calls since he has been booked in (5/30/19). He requested to call
>
> The Law Office of Benjamin Hartford 303-991-5757 be added to the attorney phone list in Talton. He hasn't received any mail yet, and was complaining about his car being impounded by the Feds.
>
>
>
> If you need anything else we have the capability to record all calls except legal, and screen all his mail and list his visitors.
>
>
>
> Thanks
>
>
>
> D. Jones
> Case Manager
>
> GEO Aurora Detention Center
> 3130 N Oakland st
> Aurora, CO. 80010

INV_00002398

\> 
\> 
\> • ████████ direct
\> 
\> 
\> 
\> 
\> 
\> 
\> Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.
\> 
\> 
\> 
\> <calls_06-24-19_130354.zip>

| **From:** | Dave Jones |
|---|---|
| **To:** | Pound, Matthew F |
| **Subject:** | Re: Timothy Spikes 45330-013 |
| **Date:** | Monday, July 8, 2019 7:18:35 AM |
| **Attachments:** | SKM_80819070806200.pdf |
| | SKM_80819070806210.pdf |
| | SKM_80819070806211.pdf |
| | SKM_80819070806212.pdf |

Came in this weekend

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 3, 2019 1:06 PM
**To:** Dave Jones
**Subject:** [EXTERNAL] Automatic reply: Timothy Spikes 45330-013

I am currently out of the office on Annual Leave and will return July 8, 2019. I will be checking emails on a limited basis. If you need immediate assistance please contact GS Jeff Russell at 303-621-6084. Thank you

| | |
|---|---|
| **From:** | Dave Jones |
| **To:** | Pound, Matthew F |
| **Subject:** | Re: Timothy Spikes 45330-013 |
| **Date:** | Wednesday, July 17, 2019 1:26:24 PM |
| **Attachments:** | SKM_80819071712230.pdf |
| | SKM_80819071712240.pdf |
| | SKM_80819071712241.pdf |
| | SKM_80819071712250.pdf |
| | SKM_80819071712251.pdf |
| | SKM_80819071712260.pdf |

Hey Matt,

Mail from 7-17-19, still no visits

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

 ███████████ direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Monday, July 8, 2019 7:33 AM
**To:** Dave Jones <dajones@geogroup.com>
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Thank you sir!!!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives
████████████

On Jul 8, 2019, at 7:18 AM, Dave Jones <dajones@geogroup.com> wrote:

## Came in this weekend

**D. Jones**
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

---

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 3, 2019 1:06 PM
**To:** Dave Jones
**Subject:** [EXTERNAL] Automatic reply: Timothy Spikes 45330-013

I am currently out of the office on Annual Leave and will return July 8, 2019. I will be checking emails on a limited basis. If you need immediate assistance please contact GS Jeff Russell at 303-621-6084. Thank you

<SKM_80819070806200.pdf>

<SKM_80819070806210.pdf>

<SKM_80819070806211.pdf>

<SKM_80819070806212.pdf>

| | |
|---|---|
| **From:** | Dave Jones |
| **To:** | Pound, Matthew F |
| **Subject:** | Re: Timothy Spikes 45330-013 |
| **Date:** | Wednesday, July 17, 2019 1:35:13 PM |

It looks like he's been calling the X-denver sheriff lady Sylvia Montoya as well

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 17, 2019 1:31 PM
**To:** Dave Jones <dajones@geogroup.com>
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Perfect!  Thank you Dave!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives

On Jul 17, 2019, at 1:26 PM, Dave Jones <dajones@geogroup.com> wrote:

Hey Matt,

Mail from 7-17-19,  still no visits

D. Jones

INV_00002403

Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Monday, July 8, 2019 7:33 AM
**To:** Dave Jones <dajones@geogroup.com>
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Thank you sir!!!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives

On Jul 8, 2019, at 7:18 AM, Dave Jones <dajones@geogroup.com> wrote:

Came in this weekend

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

 direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended

recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 3, 2019 1:06 PM
**To:** Dave Jones
**Subject:** [EXTERNAL] Automatic reply: Timothy Spikes 45330-013

I am currently out of the office on Annual Leave and will return July 8, 2019. I will be checking emails on a limited basis. If you need immediate assistance please contact GS Jeff Russell at 303-▮▮▮▮▮. Thank you

<SKM_80819070806200.pdf>

<SKM_80819070806210.pdf>

<SKM_80819070806211.pdf>

<SKM_80819070806212.pdf>

<SKM_80819071712230.pdf>

<SKM_80819071712240.pdf>

<SKM_80819071712241.pdf>

<SKM_80819071712250.pdf>

<SKM_80819071712251.pdf>

<SKM_80819071712260.pdf>

| **From:** | Dave Jones |
|---|---|
| **To:** | Pound, Matthew F |
| **Subject:** | Re: Timothy Spikes 45330-013 |
| **Date:** | Monday, September 9, 2019 1:51:45 PM |
| **Attachments:** | SKM_80819090912540.pdf |

Hey Matt,

Mail from today 9/9/19, he hasn't got anything in a while.

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

 ▇▇▇▇▇▇▇ direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 17, 2019 1:36 PM
**To:** Dave Jones <dajones@geogroup.com>
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Can I get those calls please sir?

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives
▇▇▇▇▇▇▇▇

On Jul 17, 2019, at 1:35 PM, Dave Jones <dajones@geogroup.com> wrote:

It looks like he's been calling the X-denver sheriff lady Sylvia Montoya as well

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

  direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 17, 2019 1:31 PM
**To:** Dave Jones <dajones@geogroup.com>
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Perfect!  Thank you Dave!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives

On Jul 17, 2019, at 1:26 PM, Dave Jones <dajones@geogroup.com> wrote:

Hey Matt,

Mail from 7-17-19,  still no visits


D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

 direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Monday, July 8, 2019 7:33 AM
**To:** Dave Jones <dajones@geogroup.com>
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Thank you sir!!!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives

On Jul 8, 2019, at 7:18 AM, Dave Jones <dajones@geogroup.com> wrote:

Came in this weekend

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

     direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 3, 2019 1:06 PM
**To:** Dave Jones
**Subject:** [EXTERNAL] Automatic reply: Timothy Spikes 45330-013

I am currently out of the office on Annual Leave and will return July 8, 2019. I will be checking emails on a limited basis. If you need immediate assistance please contact GS Jeff Russell at 303-621-6084. Thank you

<SKM_80819070806200.pdf>

<SKM_80819070806210.pdf>

<SKM_80819070806211.pdf>

<SKM_80819070806212.pdf>

<SKM_80819071712230.pdf>

<SKM_80819071712240.pdf>

<SKM_80819071712241.pdf>

<SKM_80819071712250.pdf>

<SKM_80819071712251.pdf>

<SKM_80819071712260.pdf>

| From: | Dave Jones |
|---|---|
| To: | Pound, Matthew F |
| Subject: | Copy of an email |
| Date: | Monday, January 4, 2021 8:25:07 AM |

Hey Matt,

do you happen to have a copy of the email you sent me requesting Spikes
phone calls? My system deletes them after 6 months..

Thanks Bud

D. Jones
Case Officer (USMS)

GEO Detention Center
3130 N Oakland ST
Aurora, CO. 80010

 ▇▇▇▇▇▇▇

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may
contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the
Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use,
disclosure or distribution is prohibited.

Morning Dave,
Having trouble finding initial email unless we chatter on the phone first? Below is an email I did find

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives
Aurora Police Department
Gang Intervention Unit
███████████

Begin forwarded message:

> **From:** "Pound, Matthew F" <Matthew.Pound@atf.gov>
> **Date:** June 4, 2019 at 12:22:16 PM MDT
> **Subject: Re: Timothy Spikes 45330-013**
>
> Thank you sir. I would like his calls that aren't legal to be recorded and his mail screened if possible. Again I appreciate your assistance and for reaching out
>
> Thanks again
> Matt
>
> Matt Pound
> Special Agent
> Denver Field Division
> Denver Group IV
> Bureau of Alcohol, Tobacco, Firearms & Explosives
> ███████████
>
>
> On Jun 4, 2019, at 12:18 PM, Dave Jones <dajones@geogroup.com> wrote:
>
>> Hello,
>>
>> Inmate Spikes has made zero calls since he has been booked in (5/30/19). He requested to call
>> **The Law Office of Benjamin Hartford 303-991-5757 be added**

to the attorney phone list in Talton. He hasn't received any mail yet, and was complaining about his car being impounded by the Feds.

If you need anything else we have the capability to record all calls except legal, and screen all his mail and list his visitors.

Thanks

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

 direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

| | |
|---|---|
| **From:** | Pound, Matthew F |
| **To:** | Dave Jones |
| **Subject:** | RE: Timothy Spikes 45330-013 |
| **Date:** | Monday, September 9, 2019 3:14:00 PM |

Thank you sir!

Matt Pound
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
Denver Field Division
Denver Group IV
Aurora Police Department
Gang Intervention Unit (GIU)
950 17Th St. Suite 1800
Denver, Colorado 80202

Desk: ███████
Cell: (█████
Fax: (303) 575-7691

**CONFIDENTIALITY NOTICE:** This e-mail transmission along with any documents, files, or previous e-mail messages attached to it is intended solely for the individual(s) to whom it is addressed and may contain information that is confidential, legally privileged, and/or exempt from disclosure under applicable laws. If you are not the intended recipient, you are hereby notified that any unauthorized review, forwarding, printing, copying, distribution, or use of this transmission or information it contains is strictly prohibited. A misdirected transmission does not constitute waiver of any applicable privilege. If you received this transmission in error, please immediately notify the sender and delete the original transmission and its attachments. Thank you.

**From:** Dave Jones <dajones@geogroup.com>
**Sent:** Monday, September 09, 2019 1:49 PM
**To:** Pound, Matthew F <Matthew.Pound@atf.gov>
**Subject:** Re: Timothy Spikes 45330-013

Hey Matt,

Mail from today 9/9/19, he hasn't got anything in a while.

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

INV_00002413

 direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 17, 2019 1:36 PM
**To:** Dave Jones <dajones@geogroup.com>
**Subject:** [EXTERNAL] Re: Timothy Spikes 45330-013

Can I get those calls please sir?

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives

On Jul 17, 2019, at 1:35 PM, Dave Jones <dajones@geogroup.com> wrote:

It looks like he's been calling the X-denver sheriff lady Sylvia Montoya as well

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

 direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

Perfect!  Thank you Dave!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives



On Jul 17, 2019, at 1:26 PM, Dave Jones <dajones@geogroup.com> wrote:

> Hey Matt,
>
> Mail from 7-17-19,  still no visits
>
>
> D. Jones
> Case Manager
>
> GEO Aurora Detention Center
> 3130 N Oakland st
> Aurora, CO. 80010
>
>
>   direct
>
>
> Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended
> recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-
> mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510,
> 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

Thank you sir!!!

Matt Pound
Special Agent
Denver Field Division
Denver Group IV
Bureau of Alcohol, Tobacco, Firearms & Explosives
███████████

On Jul 8, 2019, at 7:18 AM, Dave Jones <dajones@geogroup.com> wrote:

Came in this weekend

D. Jones
Case Manager

GEO Aurora Detention Center
3130 N Oakland st
Aurora, CO. 80010

 ████████████direct

Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Pound, Matthew F <Matthew.F.Pound@usdoj.gov>
**Sent:** Wednesday, July 3, 2019 1:06 PM
**To:** Dave Jones
**Subject:** [EXTERNAL] Automatic reply: Timothy Spikes 45330-013

I am currently out of the office on Annual Leave and will return July 8, 2019. I will be checking emails on a limited basis. If you need immediate assistance please contact GS Jeff Russell at 303-████████ Thank you

<SKM_80819070806200.pdf>
<SKM_80819070806210.pdf>
<SKM_80819070806211.pdf>
<SKM_80819070806212.pdf>
<SKM_80819071712230.pdf>

<SKM_80819071712240.pdf>
<SKM_80819071712241.pdf>
<SKM_80819071712250.pdf>
<SKM_80819071712251.pdf>
<SKM_80819071712260.pdf>