# EXHIBIT 2

## AFFIDAVIT OF DENIAL OF ALLEGATIONS OF WRONGDOING LEVIED AGAINST ME, REFERENCED IN MR HARTFORD'S MOTION

Your Affiant, Eric Dortch, of lawful age, state under penalty of perjury the following denial of any wrongdoing regarding the motion filed by Mr. Hartford.

On July 22, 2021, Your Affiant was contacted via phone by AUSA Rangel and ATF Agent Pound. AUSA Rangel asked Your Affiant if I listened to or was told about any jail phone calls from the GEO facility between Defendant Spikes, Defendant Montoya or their Attorney Mr. Hartford. I told both AUSA Rangel and ATF Agent Pound I had no idea what they were talking about and had not listened to or been made aware of any jail calls between Defendant Spikes and his attorney. AUSA Rangel went on to explain the allegations levied against me in a motion to suppress by Mr. Hartford. My sworn response to these allegations is as follows.

- I have never requested Jail phone calls from the GEO facility in relation to Defendant Spikes and Mr. Hartford, nor do I know who I would contact to request these phone calls.

- I have never listened to jail phone calls from the GEO facility in relation to Defendant Spikes and Mr. Hartford

- I have never had a conversation with anyone regarding jail calls between Defendant Spikes, Defendant Montoya or Mr. Harford.

- The supplemental report I authored and submitted in October of 2020 was based on my professional and thorough preparation for the testimony I believed I would be giving during the scheduled motions hearing that I was subpoenaed for on October 21, 2020. The fact is I discovered a discrepancy in paperwork and immediately brought that information forward to AUSA Rangel, who told me to complete a supplemental report. I followed AUSA Rangel's direction, and my supplemental report included all the information I know regarding that discrepancy.

*[signed] E Dat*
AFFIANT

Subscribed and sworn to before me this __22nd__ day of __July__, 2021.

*[signed] Marianne Magnuson*
NOTARY PUBLIC

Comm Exp 1-14-2024

MARIANNE MAGNUSON
Notary Public
State of Colorado
Notary ID # 20084001356
My Commission Expires 01-14-2024