# EXHIBIT 3

| | |
|---|---|
| **From:** | Jill Jackson |
| **To:** | Rangel, Celeste (USACO) |
| **Cc:** | Benjamin Hartford |
| **Subject:** | Concerning & New Information_Re: Sgt. Foster |
| **Date:** | Thursday, July 22, 2021 3:00:38 PM |
| **Attachments:** | Spikes, Timothy - Witness Interviews.pdf |
| | BRIGITTE MARIE DOLAN-Comprehensive-Report-202107211536.pdf |
| | ANTHONY RAY FOSTER-Comprehensive-Report-202107211346.pdf |

Hi Celeste,

In following up with our investigation on additional information and associates of GEO, our investigator pulled a comprehensive report on Sgt. Foster and we noticed a very close connection between Sgt. Foster and GEO employee Brigitte Dolan, so we also pulled Dolan's comprehensive report and the findings are very troubling. If you recall, Brigitte Dolan is one of the three GEO employees who accessed and listened to the attorney-client calls. Specifically, ROI, Report Number 16,"*#19. SA Cole also noted that a call between SPIKES and his attorney took place on 12/02/2019. This call was accessed and listened to by a user identified as "Brigitte Dolan" twice on 12/16/2019, first at 13:56 and again at 14:10.*"

Based on the information, attached, Sgt. Foster and Brigitte Dolan, are similar age, currently live at the same address; , include the same historical address of: ███████████████████████, which is listed on both their driver's license info, including the same landline phone number (███████), and they have multiple e-mail addresses together (███████████████████, ███████████████, ███████████ etc.).

Short of a recorded marriage license, it appears that Sgt. Foster and Brigitte Dolan are spouses, or very closely associated. Are you able to find out if Brigitte Dolan is Sgt. Foster's wife?

Even more concerning, Dolan repeatedly visited with Timothy Spikes while he was in custody at GEO, there should be a log of each visit, as Spikes recalls she signed in and out using a pink pen. Dolan engaged in lengthy conversations with Spikes, including asking him detailed information about this case and prying into his connection and relationship with Montoya. At the time Spikes, while noting her behavior was strange, didn't believe anything nefarious was occurring because he wasn't aware of the connection with Sgt. Foster.  It's also our understanding that GEO employees can access the GEO portal remotely; from outside locations, including inmate phone calls.

Ben and I discussed amending our previous Reply filing with the Court to include this additional information, however I wanted to give you this information first, as soon as possible. Plus in considering your Sur-Reply filing is due in the coming days, perhaps this information could be included, but we can discuss further–I just wanted to get this information to you.

I also attached the report from our investigator, Chilson, of attempts to locate and interview the three GEO employees,who listened to the calls, including Dolan  (I wasn't sure if we had included it as an exhibit to the last filing, but wanted to make sure you had it)

Please feel free to call my cell# ██████████, if you have any questions or want to discuss further.

Jill M. Jackson, Esq.
Law Office of Jill M. Jackson LLC.
650 S. Cherry Street, Suite 1225
Glendale, CO 80246
Phone: 303.818.7209
Fax: 303.379.7676

**JC INVESTIGATIONS**

Arvada, Colorado
303-720-0641
jcinvestigations@outlook.com

# Witness Interviews

**The Law Office of Benjamin Harford LLC**

650 S. Cherry St. Suite #1225
Glendale, CO 80246

Timothy Spikes

**DOB:** ▇▇▇▇▇▇▇

**OLN:** 00-209-1081

**File Number:** 19-CR-264-WJM

Report Date: June 28th, 2021

Prepared by Jason Chilson and Mike Stricklin

# Table of Contents

**Witness Interviews**............................................................................................................1
**Comprehensive Research Findings**..................................................................................3
    **Investigation** ................................................................................................................ 3

# Comprehensive Research Findings

## Investigation

Case: Timothy Spikes 788055-19-0058

On June 23, 2021 I was asked to interview 3 people, Rene Shook, Sandra Minker, and Brigitte Dolan.

At 1440hrs I went to Rene Shook residence ███████████████████████. As I walked up to her house, I noticed the front door was open and the glass door was shut. I also noticed a security camera was missing on the right corner of the house. As I approached the front door I could see clearly inside the house (living room and kitchen). I also noticed packages just right inside the front door. Some of the packages were new security cameras. I knocked on the glass door and no answer. I waited for a minute and knocked again and still no response. I looked for a doorbell and didn't see one. I noticed two vehicles parked in front of the residence. I took two pictures of the license plates and sent them to Investigator J. Chilson to have him run the plates to make sure they were listed to Rene Shook (Colorado plates: ██████ and ███████). I waited for 30 minutes, and I knocked again and still no answer. I left without further incident.

Investigator J Chilson emailed me later that evening saying the vehicles listed to Rene and ██████ ███.

At 1540hrs I went to Brigitte Dolan residence ███████████████████████. I walked up to the home, and I didn't see any security cameras. I did see a vehicle parked in front of the residence bearing Colorado plate ███████). I walked up to the front door and rang the doorbell and knocked with no response. After a minute I knocked and rang the doorbell again and still nothing. I went back to the vehicle and took a picture of the plate and emailed it to Investigator Chilson. I waited for 20 minutes, and I went back to the front door and knocked and rang the doorbell and still no response. I left without further incident.

Investigator J Chilson emailed me later that evening saying the plate came back as unlisted.

At 1620hrs I went to Sandra Minker's residence ███████████████████████. I didn't see any cameras or vehicles. I walked up to the front door, and I knocked and rang the doorbell and no response. I waited for 20 minutes, and I knocked and rang the door again and still no response. I left without further incident.

On June 24, 2021 at approx. 1830hrs I called all three parties and no one answered. I left voice messages for Rene Shook and Sandra Minker. Rene's cell phone rang and then went to voicemail. Sandra Minker's cell phone rang once and then went right to voice mail. Brigitte Dolan cell phone went right to voicemail, and it said voice mail box is full.

On June 25, 2021 at approx. 1700hrs I went back to all three residence and no one answered.

On June 25, 2021 at approx. 1900hrs I called all three parties.  All phone calls went right to voice mail.

This was all of my involvement in this case.

Investigator Mike Stricklin

720-984-5463

Confidential - Attorney Work Product

4

THE CONTENTS OF THIS REPORT ARE PRIVELEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED. IF THE RECEIVER OF THIS REPORT IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY ON NOTICE THAT YOU POSSESS CONFIDENTIAL AND PRIVILEGED INFORMATION CONSIDERED TO BE AN ATTORNEY/CLIENT WORK PRODUCT. ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. THE INFORMATION CONTAINED HEREIN HAS BEEN OBTAINED AT THE CLIENT/USER'S/ATTORNEY'S REQUEST AND FROM SOURCES UTILIZED BY JC INVESTIGATIONS LLC; SUCH INFORMATION CONTAINED HEREIN MAY BE INACCURATE OR INCOMPLETE AS IT IS A CONTINUING WORK PRODUCT. UTILIZATION OF THE INFORMATION IS AT THE SOLE RISK OF THE CLIENT/USER'S. CLIENT/USER, BY ACCEPTING THIS REPORT, AGREES TO RELEASE AND DISCHARGE OF JC INVESTIGATIONS LLC FROM ANY AND ALL LIABILITY THAT MAY ARISE FROM THE USE OF THE INFORMATION CONTAINED HEREIN.