# EXHIBIT 4

| U.S. Department of Justice | Report of Investigation |
|---|---|
| Bureau of Alcohol, Tobacco, Firearms and Explosives | |

| Title of Investigation: SPIKES, Timothy (Gangster Disciple)/MONTOYA, Sylvia | Investigation Number: 788055-19-0058 | Report Number: 19 |
|---|---|---|

## SUMMARY OF EVENT:

<u>CONVERSATION WITH DENVER POLICE DEPARTMENT SERGEANT FOSTER</u>:  On July 23, 2021, ATF SA Pound and AUSA Rangel had a conference telephone call with Denver Police Department (DPD) Sergeant (Sgt) Foster regarding allegations made by defense counsel pertaining to the ongoing criminal case against Timothy SPIKES and Sylvia MONTOYA.

## NARRATIVE:

1. On July 23, 2021, ATF SA Pound and AUSA Rangel had a conference telephone call with Denver Police Department (DPD) Sergeant (Sgt) Foster regarding allegations made by defense counsel pertaining to the ongoing criminal case against Timothy SPIKES and Sylvia MONTOYA.

2. On July 22, 2021, SA Pound was made aware of an email sent to AUSA Rangel by defense counsel J. Jackson where Jackson advised AUSA Rangel that the defense was aware of the fact that Sgt. Foster was in a romantic/live in relationship with GEO employee Brigitte Dolan.

3. Jackson went on to allege in the email to AUSA Rangel that SPIKES was claiming that Dolan visited SPIKES "repeatedly" and during the "repeated" visits would ask SPIKES about SPIKES' criminal case and relationship with SPIKES' co-defendant MONTOYA.  Jackson further alleged to AUSA Rangel that defense believed Dolan as well as other GEO employees could potentially access the GEO portal remotely; from outside locations, including inmate phone calls.

4. AUSA Rangel and SA Pound called Sgt. Foster on July 23, 2021 based on the email sent by Jackson.  The following is a summary of the conversation had with Sgt. Foster and is not meant to be and in no way represents a word-by-word transcription of the conversation had between DPD Sgt. Foster, SA Pound and AUSA Rangel.

5. During the conversation, Sgt. Foster stated that Dolan was a civilian investigator at GEO whose primary job at GEO was to conduct investigations related to the Prison Rape Elimination Act (PREA).

6. Sgt. Foster stated that when Sgt. Foster learned from SA Pound in 2019 that SPIKES was being detained pending trial and was being housed at GEO, Sgt. Foster immediately told Dolan that Dolan should avoid any

| Prepared by: Matthew F. Pound | Title: Special Agent, Denver IV (Intelligence) Field Office | Signature: Digitally signed by Matt Pound DN: cn=Matt Pound, o=ATF, ou=Denver IV, email=matthew.pound@atf.gov, c=US Date: 2021.07.23 16:33:45 -06'00' | Date: |
|---|---|---|---|
| Authorized by: Jeffrey C. Russell | Title: Group Supervisor, Denver IV (Intelligence) Field Office | Signature: Digitally signed by Jeffrey Russell DN: cn=Jeffrey Russell, o=ATF, ou=ATF-Denver Group Iv, email=jeffrey.russell@atf.gov, c=US Date: 2021.07.23 16:39:27 -06'00' | Date: |
| Second level reviewer (optional): David S. Booth | Title: Special Agent in Charge, Denver Field Division | Signature: | Date: |

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| SPIKES, Timothy (Gangster Disciple)/MONTOYA, Sylvia | 788055-19-0058 | 19 |

and all contact with SPIKES due to their being a conflict of interest but if Dolan did have any contact with SPIKES to ensure that there was another person present with Dolan.

7. Sgt. Foster went on to state that Sgt. Foster never told Dolan about the investigation with SPIKES and MONTOYA to include the arrest of SPIKES and MONTOYA and that Dolan only became aware of the investigation when Dolan saw the media stories related to SPIKES and MONTOYA who at the time of arrest was employed as a Deputy for the Denver Sheriff's Department.  Foster continued that Foster never discussed any details of the case with Dolan but did advise Dolan to inform Dolan's chain of command after finding out that SPIKES was being housed in GEO of Sgt. Foster's involvement in the case.  Foster advised that Dolan did in fact inform her chain of command to include Sandra Minker and the GEO Warden that Dolan could not have contact with SPIKES.

8. Sgt. Foster told SA Pound and AUSA Rangel that as far as Sgt. Foster knew, with Dolan being a civilian employee, Dolan was not allowed to be inside of any of the GEO pods by herself and that there should have been an officer present with Dolan during any visit Dolan would have had with SPIKES if any did actually exist.  Sgt. Foster continued that if Dolan did have any professional contact with SPIKES inside of GEO, Sgt. Foster would not know about it and Sgt. Foster did not have any knowledge if Dolan had any PREA investigations involving SPIKES.

9. After being terminated by GEO in 2021, Dolan told Sgt. Foster that Dolan had never accessed or listened to any attorney/client privileged calls involving SPIKES and his attorney.  Dolan told Sgt. Foster that there are problems with the GEO inmate phone system that GEO has failed to correct.  It should be noted, per Sgt. Foster, that Dolan is actively appealing Dolan's termination with GEO and has in fact hired an attorney to represent Dolan in this ongoing matter.

10. Sgt. Foster went on to say that Sgt. Foster absolutely did not ever solicit Dolan to contact SPIKES in person and in fact did the opposite and told Dolan to stay away from SPIKES.  Sgt. Foster said that Sgt. Foster absolutely did not ever obtain, access the GEO system or listen to any calls involving SPIKES at any point, furthering his own point by telling SA Pound and AUSA Rangel that there would be no need to obtain or listen to any jail calls in 2020 because all the evidence needed in the criminal case on SPIKES was already obtained through the investigation which ended with the arrest of SPIKES in May of 2019.

11. During the conversation it was mentioned that defense has accused Sgt. Foster of contacting SPIKES in public, prior to SPIKES' incarceration, and telling SPIKES that Sgt. Foster would get SPIKES and that Sgt. Foster "does not lose".  Sgt. Foster denied that this statement was ever made to SPIKES.  Sgt. Foster told SA Pound and AUSA Rangel that a conversation in a public place did in fact take place with SPIKES prior to SPIKES' incarceration but Sgt. Foster actually told SPIKES that SPIKES was an intelligent young man that could do good things with SPIKES' life however SPIKES apparently did not want to change SPIKES' lifestyle.

Page 2 of 2                                                                                  ATF EF 3120.2 (10-2004)
                                                                                                      For Official Use Only