# EXHIBIT 5

# AFFIDAVIT

Your Affiant, Anthony Foster, of lawful age, state under penalty of perjury the following information:

I hereby confirm under penalty of perjury that this statement is true and in my own words, I received information from the US Attorney's office regarding a motion that was filed by Defendant Timothy Spikes. The alleged claim is that I directed or received information from my partner, Brigitte Dolan who worked at the GEO facility in Aurora Colorado, as a PREA (Prison Rape Elimination Act) Investigator at the facility, was supplying me information from calls involving, Mr. Spikes and his attorney.

I can confirm that in the almost two years that I was aware of Mr. Spikes being incarcerated at that facility, which I learned from ATF Agent Matt Pound in the summer of 2019 that he was being held there, I have had absolutely no information provided to me regarding any of Mr. Spikes phone conversations or any other conversations, from my partner or anyone else. Also there has been no interest in needing or soliciting anyone to monitor his calls regarding the case, since I already have all of the information regarding the case, due to my involvement in the actual investigation.

I have never altered any statements or testimony in this case and have never spoke with investigators with the Aurora Police Department since Mr. Spikes was arrested in the summer of 2019. I have also never needed or supplied any changes to this case which would have required me to monitor any calls supplied by Mr. Spikes or his attorney and I have no problem with testifying under oath to these facts along with a polygraph if needed to clear my name from these untruthful accusations.

**Regarding, conversation I had with Brigitte Dolan on 7-23-2021**

During the summer of 2019, as soon as I was made aware of his incarceration in the GEO facility by Agent Pound who I advised at the time that my partner, Brigitte Dolan worked there, I directed Brigitte to alert her warden was involved in a case with Mr. Spikes and she should limit any contact with Spikes unless absolutely necessary. Brigitte advised me she proceeded the following day after I made the request to her, she advised her Warden,(Johnny Choate) that she had to have limited contact with Spikes due to the investigation I was involved in with him. The warden directed her to also advise Major Joseph Garcia, Sandra Minker and Dave Jones, which she did.

Around January of 2021, I was contacted by Agent Pound regarding information he was looking into regarding possible calls being monitored inside of the GEO facility which may involve calls between Spikes and his attorney, also that some alleged information may have been given to the Aurora Police Department. I volunteered to notify Brigitte for him, so she could find the person in charge of the phone monitoring, who she identified as Dawn Ceja. I advised Brigitte to contact her and have her contact Agent Pound, she called Ceja on her cell phone but was unable to reach her, she also left her a message regarding the request for information by Agent Pound.

On April 9th of 2021 was when Brigitte contacted me via cell phone that she had been terminated by the facility for possibly listening to a call involving Spikes and his attorney. She immediately filed an appeal through her attorney that the accusations were not true and she was never even provided any

information on what or when the calls were monitored. She also was part of the administrative staff of GEO that was tasked with listening or monitoring calls when potential contraband or illegal activity was suspected in the facility.

A second employee Sandra Minker was also terminated in late April for the same violation regarding the Spikes investigation, yet she was brought back to work in the early part of June. The current appeal that was filed by Brigitte is still pending and the GEO facility hired an attorney to represent them on the appeal, Brigitte's attorney, Deborah Yim has made numerous attempts to get a ruling from GEO but they have been unresponsive to her and the attorney the company hired to represent them on the appeal.

I also spoke with Brigitte regarding any personal conversations she may have had with Mr. Spikes regarding the investigation and she, adamantly denied any contact with him where she was ever alone or ever asked him anything about his case. Also, the pod's that he was housed in have surveillance cameras in the areas outside of the cells which would clearly show that she had never been alone or around Mr. Spikes at anytime alone.   Brigitte is not a detention officer so she would not have had any time alone with him and she would not have any control of letting him in or out of his cell.

Brigitte has also advised me, she has no  problem if the court needs a copy of her appeal and in her appeal she requested a polygraph from GEO, if needed to clear herself from the allegations against her and she continued to deny ever listing to any of Mr. Spikes calls, within the two years that he was housed at GEO.

 I also confirmed with Brigitte that the phone monitoring system at GEO is a web based system that has numerous glitches in the system, where you may click on one phone call in the system and the call that you click on would accidently click on the number before or after the actual call you intended to monitor. She also advised me that the system doesn't really clarify if a person ever listened to the actual call or the button was just clicked my accident.  Also, Brigitte has never seen what the phone number or the time of the alleged incident that she is being accused of by GEO.

In closing I confirm that Brigitte did not ever supply me with any information regarding any calls or conversations involving Tim Spikes. Also Brigitte  was made aware of my involvement in the case when it appeared on local TV, yet she was  not aware of the Aurora Police connection to the case until January of 2021 when I made the request for Agent Pound to speak with Miss Ceja.

_Anthony Foster 96035_
AFFIANT

Subscribed and sworn to before me this __23rd__ day of __July__, 2021.

_____
NOTARY PUBLIC

My commission expires: __02-05-2024__

//

```
BRYAN REICHARDT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204005089
MY COMMISSION EXPIRES FEBRUARY 5, 2024
```