IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 19-cr-00264-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY SPIKES,
2. SYLVIA MONTOYA

    Defendants.

_____

**GOVERNMENT'S WITNESS LIST**
_____

The United States of America, by and through the undersigned Assistant United States Attorney, submits the following witness list for the jury trial set to commence on August 16, 2021.

Respectfully submitted August 1, 2021

    MATTHEW T. KIRSCH
    ACTING UNITED STATES ATTORNEY

    *s/ Celeste Rangel*
    Celeste Rangel
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, CO 80202
    Tel: 303-454-0100
    celeste.rangel@usdoj.gov
    Attorney for the government

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of August, 2021, I electronically filed the foregoing Government's Witness List using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

    *s/Celeste Rangel*
    CELESTE RANGEL
    Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. <u>19-cr-264</u>　　　　　　　　　　　　Date <u>July 26, 2021</u>

Case Title <u>United States v. Timothy Spikes, *et al.*</u>

<u>　　United States'　　　</u> FINAL WITNESS LIST
(Plaintiff / Defendant)

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY |  |  |
|---|---|---|---|
| Eric Dortch (will call) – August 16 | Direct: 45 | Cross: _____ | Total: _____ |
| Shane Abraham (will call) – August 16 | Direct: 30-45 | Cross: _____ | Total: _____ |
| Jonathan Christian (will call) – August 16-17 | Direct: 45 | Cross: _____ | Total: _____ |
| Anthony Foster (will call) – August 17-18 | Direct: 60-75 | Cross: _____ | Total: _____ |
| Charles Wingard (may call) (COC) – August 17 | Direct: 15 | Cross: _____ | Total: _____ |
| Kimberly Hamel (will call) – August 17 | Direct: 45 | Cross: _____ | Total: _____ |
| Jose Diaz (will call) – August 17 | Direct: 20-30 | Cross: _____ | Total: _____ |
| Ian Wallace (will call) – August 17-18 | Direct: 60-75 | Cross: _____ | Total: _____ |
| Andrew Merino (will call) – August 17 | Direct: 20-30 | Cross: _____ | Total: _____ |
| Summer Day (will call) – August 17 | Direct: 20-30 | Cross: _____ | Total: _____ |
| Rosa Gonzalez-Marin (will call) – August 18 | Direct: 20 | Cross: _____ | Total: _____ |
| Joshua Herko (will call) – August 18 | Direct: 20-30 | Cross: _____ | Total: _____ |
| Greg Dulayey (will call) – August 18 | Direct: 20-30 | Cross: _____ | Total: _____ |
| Terrence Waldie (will call) – August 18 | Direct: 10-15 | Cross: _____ | Total: _____ |
| Mario Vasquez (will call) – August 18 | Direct: 15-20 | Cross: _____ | Total: _____ |
| Jamie Akens (will call) – August 18 | Direct: 45 | Cross: _____ | Total: _____ |
| Zachary Ben-Attar (will call) – August 18 | Direct: 20-30 | Cross: _____ | Total: _____ |
| Mark Sonnendecker (will call) – August 18 | Direct: 75-90 | Cross: _____ | Total: _____ |

| Witness | Direct | Cross | Total |
|---|---|---|---|
| Timothy Goss (may call) – August 18 | 30-45 | | |
| Matthew Pound (may call) – August 18 | 30-45 | | |
| Chemist Stephen Sassetti (will call) – August 18-19 | 45-60 | | |
| Phillip Coleman (will call) – August 19 | 75-90 | | |
| James Mitchell (will call) – August 18-19 | 15-20 | | |
| Verizon representative (will call) – August 18 | 45-60 | | |
| Amy Williams (may call) – August 19 | 30-45 | | |
| Jeff Wheelis (may call) (COC) – August 18-19 | 10-15 | | |