**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.: 19-cr-00264-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TIMOTHY SPIKES,
2. SYLVIA MONTOYA

    Defendants.

---

## GOVERNMENT'S PROPOSED *VOIR DIRE* QUESTIONS

---

The United States of America, by and through the undersigned Assistant United States Attorneys, submits the following proposed *voir dire* questions for the jury trial set to commence on August 16, 2021:

1. Could you please tell me where you are currently employed or where you worked most recently? Where is your spouse/significant other employed now, or where they worked most recently?

2. Tell us what hobbies you have?

3. What do you read? Newspapers or magazines?

4. What television shows do you enjoy watching?

5. Do any of you own a firearm, of any type?

    i. What type is it?

    ii. What purpose do you have it for? (Sport, protection,

    hunting)

6. Has anyone either personally or perhaps a family member or close friend had any incidents that involved a firearm?

7. There are laws that restrict the possession of certain firearms/ammunition by individuals.  Does anyone here believe that it is wrong to restrict a person's ability to possess certain types of firearms?

8. Have any of you been employed by, donated money to or volunteered with any organization involved in political lobbying activity related to firearms?

9. Do you have strong opinions about firearms or people who own or possess them?  If so, what are those opinions?  Will any of these opinions cause you to be unable to:  (A) follow the law that the Court will provide you if selected as a member of the jury; and/or, (B) apply the law to the evidence that you will hear in this case?

10. Does anyone know someone who has been charged or convicted with distributing an illegal drug?

11. Does anyone disagree with the laws that prohibit the distribution of controlled substances?  Does anyone believe that the possession of drugs, such as methamphetamine, cocaine, or fentanyl should be legalized?  Do you think the government should be charging cases involving drug offenses?  Why or why not?

12. Do you have strong opinions about the laws pertaining to illegal drugs in this country? Or the people who use illegal narcotics? Or those that distribute illegal narcotics? If so, what are those opinions?  Will any of these opinions render you

unable to: (A) follow the law that the Court will provide you if selected as a member of the jury; and/or, (B) apply the law to the evidence that you will hear in this case?

13. Does anyone believe they cannot be fair in this case to both the defendant and the government because narcotics were involved in this case?

14. This matter was investigated by members of the Bureau of Alcohol Tobacco Firearms and Explosives (ATF), the Denver Police Department (DPD) and Aurora Police Department (APD). Has anyone had any encounters with employees of any of these agencies?

15. How would you describe your attitudes and beliefs about men and women who have chosen law enforcement as their profession?

16. Have you or any members of your family ever had any experience with law enforcement or the courts that would cause you to be biased against them?

17. What about an experience with law enforcement that would cause you to be biased for them?

18. Do you agree that you should judge the testimony of law enforcement members in the same manner as any other witness? Is there anything about your background or beliefs that makes you think you will not be able to do this?

19. Have any prospective jurors, relatives, or close friends ever been the victim of a crime? If so, what was the crime? If you would prefer not to speak in open Court, this information can be handled privately. Would anything about that experience affect your ability to be fair and impartial in this case?

20. Have any prospective jurors, or relatives, or close friends ever been

charged with a crime?  If so, what was the crime?  Was the case resolved in a trial or by plea of guilty?  What sentence was imposed?  Would that experience interfere with your ability to decide this case fairly and impartially?

21.     Have you or any members of your family ever been engaged in a lawsuit against the United States government or a department of the United States government?

22.     Have you are any members of your family filed a complaint, administrative or other, against the United States government or a department of the United States government?

23.     Have you previously been called to jury service?  Did you actually sit as a juror?  Civil or criminal case? What jurisdiction?  Were you able to reach a verdict?  Did you serve as the foreperson?

24.     Do you feel comfortable assessing the credibility of witnesses?  What do you look to in your everyday life to assess the credibility of people you interact with?

25.     Does any juror have any religious, moral, or philosophical reservations about sitting as a juror in a criminal case, or returning a verdict of guilty, if such is supported by the evidence?

26.     This is a criminal trial.  Your duty, as jurors, will be to determine whether or not the defendant is guilty of the crime charged in the indictment based on the evidence in the case.  It is the judge's duty to determine what punishment, if any, may be imposed in the event of a guilty verdict.  Would you be able to assess the evidence in this case and render a verdict without consideration as to the type of sentence or punishment which ultimately may be imposed as result of your verdict?

27. Do any of you watch police/criminal investigative shows, *e.g.*, "CSI" (Crime Scene Investigation) or "NCIS" (Naval Criminal Investigative Service)? What is it about these shows that you like?

28. Do you believe these shows accurately portray criminal investigations in the real world? Do you expect this jury trial to look like one of those shows?

RESPECTFULLY SUBMITTED:

                MATTHEW T. KIRSCH
                ACTING UNITED STATES ATTORNEY
                DISTRICT OF COLORADO

BY:   *s/Celeste Rangel*
       Celeste Rangel
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone (303) 454-0100
       Fax (303) 454-0409
       Celeste.rangel@usdoj.gov
       Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2021, I electronically filed Government's Proposed *Voir Dire* Questions with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties on record.

                *s/Celeste Rangel*
                CELESTE RANGEL
                Assistant United States Attorney