IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00264-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. TIMOTHY SPIKES,
2. SYLVIA MONTOYA,

      Defendants.

---

## GOVERNMENT'S STATEMENT OF CASE
---

      The United States of America hereby submits the following Statement of the Case:

      The government has charged the defendants with violations of federal firearm and drug laws.  These charges are alleged to have occurred on March 6, 2019 and March 28, 2019.

      The defendants deny committing these crimes and have pled not guilty.

Respectfully submitted August 1, 2021

                                MATTHEW T. KIRSCH
                                ACTING UNITED STATES ATTORNEY

                                *s/CELESTE RANGEL*
                                Celeste Rangel
                                Valeria Spencer
                                Assistant United States Attorneys
                                1801 California Street, Suite 1600
                                Denver, CO 80202
                                Tel: 303-454-0100
                                celeste.rangel@usdoj.gov
                                Attorneys for the government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of August, 2021, I electronically filed the foregoing STATEMENT OF CASE using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                *s/Celeste Rangel*
                                Celeste Rangel
                                Assistant United States Attorney