**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO. 1:19-cr-00264-WJM–1 &

       1:19-cr-00264-WJM-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

   1.  **Timothy Spikes**,

   2.  Sylvia Montoya

      Defendants.

---

**ACKNOWLEDGEMENT OF RIGHT OF SEPARATE REPRESENTATION FOR
TIMOTHY SPIKES**

---

    I Timothy Spikes, acknowledge that I have a right to separate representation from co-defendant, Sylvia Montoya, as I have retained separate counsel to represent me in the above captioned case. My lawyer, Benjamin Hartford, of the Law Office of Benjamin Hartford, LLC., is separate and distinct from co-defendant's counsel, Jill Jackson, of the Law Office of Jill Jackson. I further affirm my desire to continue being represented by my lawyer, Benjamin Hartford.

    I have been fully advised, and I am aware, that my lawyer and Ms. Jackson have filed joint motions in this case, pursuant to the Courts Practice Standards for filing motions in criminal cases

involving two of more defendants[1].  I understand that the filing of joint motions by my attorney and co-defendant's counsel, in this case does not necessarily mean a conflict exists. I also understand that as co-defendants in a criminal case, we might have potentially adverse positions, and conflicts pertaining to this case. I have reviewed the Court's *sua sponte* Order, ECF No. 148, requesting this waiver; to the extent that a conflict, or potential conflict, exists I waive those conflicts of interests between, and among, the co-defendant Sylvia Montoya.

Timothy Spikes

Respectfully Submitted,

*/S/ Benjamin Hartford*
Benjamin Hartford #35005
Law Office of Benjamin Hartford
650 S Cherry Street Ste 1225
Denver CO 80246
Phone: (303) 818-7209
E-mail: ben@bhartfordlaw.com
*Attorney for Timothy Spikes*

---

[1] IX. SPECIAL INSTRUCTIONS FOR CRIMINAL MATTERS, H. Joint Motions: In all criminal cases involving two or more defendants, counsel for defendants are strongly encouraged, to the fullest extent possible given the similarity of the facts and legal positions between or among each other, to file joint, as opposed to individual, motions on all issues and matters of common ground or interest.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Celeste.Rangel@usdoj.gov
Brian.Dunn@usdoj.gov

/S/ Benjamin Hartford
Benjamin Hartford #35005