IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: August 19, 2021
Courtroom Deputy: Anna Frank
Court Reporter: Mary George

---

| Criminal Action No. **19-cr-264-WJM** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Celeste Rangel |
|  | Brian Dunn |
| Plaintiff, |  |
| v. |  |
| 1. TIMOTHY SPIKES | Benjamin Hartford |
| 2. SYLVIA MONTOYA | Jill Jackson |
| Defendant. |  |

---

## COURTROOM MINUTES

**Status Conference**

**10:07 a.m.   Court in session.**

Appearances of counsel. Defendant Timothy Spikes is present and in custody. Defendant Sylvia Montoya is present and on bond.

Opening remarks by the Court.

Discussion regarding the Court's calendar and trial schedule.

A 5-day jury trial is set to commence at 8:30 a.m. on Monday, November 1, 2021 through Friday, November 5, 2021, in Courtroom A801. A separate order will follow.

Government and defense counsel agree that there are approximately 15 days remaining on the speedy trial calculation.

**ORDERED:**   Defense counsel shall file a Joint 60 Day Ends of Justice Continuance Motion on Wednesday, August 25, 2021.

The Court informs counsel that the Order setting trial and the ruling on the Ends of Justice Continuance will be filed on Thursday, August 26, 2021.

**10:25 a.m.    Court in recess.**

Total time in court: 0:18

Hearing concluded.