IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: October 28, 2021
Courtroom Deputy: Bernique Abiakam
Court Reporter: Mary George

| | |
|---|---|
| Criminal Action No. **19-cr-00264-WJM-1-2** | Counsel: |
| UNITED STATES OF AMERICA, | Celeste B. Rangel |
| | Laura Cramer-Babycz |
| Plaintiff, | |
| v. | |
| 1. TIMOTHY SPIKES | Benjamin W. Hartford |
| 2. SYLVIA MONTOYA | Jill M. Jackson |
| Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**1:33 p.m.      Court in session.**

Court calls case. Appearances of counsel. Defendant Timothy Spikes is present and in custody. Defendant Sylvia Montoya is present on bond via telephone.

Opening remarks by the Court.

Argument and discussion on Doc. No. 187.

1:35 p.m.      Argument by Ms. Jackson. Questions and comments by the Court.

1:41 p.m.      Argument by Mr. Harford.

1:42 p.m.      Argument by Ms. Rangel. Questions and comments by the Court.

Discussion regarding speedy trial.

| | |
|---|---|
| 1:59 p.m. | Comments and ruling by the Court. |

**ORDERED:** **Motion To Continue Jury Trial Set For November 1, 2021, Due To Defendant Montoya's Positive COVID-19 Test (Filed 10/24/21; Doc. No. 187) is GRANTED.  The 5-day Jury Trial set to begin on November 1, 2021 at 8:30 is VACATED and RESET to begin on November 15, 2021 at 8:30 a.m.**

**ORDERED:** **Defendant Timothy Spikes is REMANDED to the custody of the U.S. Marshal.**
**Defendant Sylvia Montoya remains on bond.**

| | |
|---|---|
| 2:03 p.m. | **Court in recess.** |

Hearing concluded.

Total time in court: 00:30