IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. **1:19-cr-00264-WJM–1** &

1:19-cr-00264-WJM-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **Timothy Spikes**,

2. Sylvia Montoya

    Defendants.

## DEFENDANT TIMOTHY SPIKES NOTICE OF DISPOSITION

**COMES NOW**, Defendant Timothy Spikes ("Spikes"), by and through undersigned counsel, Benjamin Hartford, and hereby notifies this Honorable Court that a disposition has been reached in his case with the government. The parties request that this matter be set for a change of plea hearing at a time convenient to the Court and counsel.

Respectfully Submitted,

<u>/S/ Benjamin W. Hartford</u>
Benjamin W. Hartford, Esq.
Law Office of Benjamin Hartford LLC.
650 S Cherry Street Ste 1225
Denver CO 80246
Phone: 303.991.5757
Fax 303.974.3802
E-mail: ben@bhartfordlaw.com
*Attorney for Tim Spikes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Celeste.Rangel@usdoj.gov
Laura.Cramer-Babycz@usdoj.gov
Jill@jilljacksonlaw.com

/S/Benjamin W. Hartford
Benjamin W. Hartford, Esq.
Law Office of Benjamin Hartford LLC.
650 S Cherry Street Ste 1225
Denver CO 80246
Phone: 303.991.5757
Fax 303.974.3802
E-mail: ben@bhartfordlaw.com
***Attorney for Tim Spikes***