IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:19-cr-00264-WJM–1 &

**1:19-cr-00264-WJM-2**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

   1. Timothy Spikes,

   2. **Sylvia Montoya**

      Defendants.

---

## DEFENDANT SYLVIA MONTOYA NOTICE OF DISPOSITION

---

**COMES NOW**, Defendant Sylvia Montoya, by and through undersigned counsel, Jill Jackson, and hereby notifies this Honorable Court that a disposition has been reached in her case with the government.  The parties request that this matter be set for a change of plea hearing at a time convenient to the Court and counsel.

    Respectfully submitted,

            /S/ Jill Jackson
            Jill Jackson, Esq.
            Law Office of Jill Jackson LLC.
            650 S Cherry Street Ste 1225
            Denver CO 80246
            Phone: 303.818.7209
            E-mail: Jill@jilljacksonlaw.com
            ***Attorney for Sylvia Montoya***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Celeste.Rangel@usdoj.gov
Laura.Cramer-Babycz@usdoj.gov
ben@bhartfordlaw.com

<u>/S/ Jill Jackson</u>
Jill Jackson, Esq.
Law Office of Jill Jackson LLC.
650 S Cherry Street Ste 1225
Denver CO 80246
Phone: 303.818.7209
E-mail: Jill@jilljacksonlaw.com
***Attorney for Sylvia Montoya***